**In re Brent TURNER, Cameron Andrus, and Jeff Rittmeyer.**

**No. 06–1049.**

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

### *ORDER*

Upon consideration of the appellants' unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.